

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Brian Ted Rios,                              * From the 132nd District Court
                                               of Scurry County,
                                               Trial Court No. 11044.

Vs. No. 11-23-00063-CR                       * May 11, 2023

The State of Texas,                          * Per Curiam Memorandum Opinion
                                               (Panel consists of: Bailey, C.J.,
                                               Trotter, J., and Williams, J.)

    This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.